[No. 61872-5-I.   Division One.   September 14, 2009.]

DAVID B. JACOBS, *Appellant*, v. COMPASS HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-08904-7, Kenneth L. Cowsert, J., entered June 12, 2008. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Cox and Ellington, JJ.

[No. 61897-1-I.   Division One.   September 14, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL JAY PEREZ, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02810-9, Ellen J. Fair, J., entered May 15, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Agid, J.

[No. 61908-0-I.   Division One.   September 14, 2009.]

*In the Matter of the Marriage of* BEVERLY A. YBARRA, *Appellant*, and MANUEL YBARRA, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-3-00558-8, Linda C. Krese, J., entered May 28, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 62339-7-I.   Division One.   September 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JABARIE PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03345-5, Julie A. Spector, J., entered August 15, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.